```
              FILED      ____ LODGED
              RECEIVED   ____ COPY

              OCT 09 2018

              CLERK U S DISTRICT COURT
              DISTRICT OF ARIZONA
              BY_____ DEPUTY
```

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Sito Aeroplan Nalwood,<br><br>　　　　　Defendant. | CR-18-8328-PCT-DJH (ESW)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153 and 1111<br>(CIR - First Degree Murder)<br>Count 1<br><br>18 U.S.C. §§ 1153 and 1111<br>(CIR - Felony Murder)<br>Count 3<br><br>18 U.S.C. §§ 1153 and 2111<br>(CIR - Robbery)<br>Count 5<br><br>18 U.S.C. §§ 1153 and 113(a)(3)<br>(CIR - Assault with a Dangerous Weapon)<br>Count 7<br><br>18 U.S.C. § 924(c)(1)(A) and (c)(1)(C)(i)<br>(Discharge of a Firearm During a Crime of Violence)<br>Counts 2, 4, 6, and 8<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Felon in Possession of Firearm)<br>Count 9<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

### COUNT ONE

On or about July 26, 2018, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant SITO AEROPLAN NALWOOD, an Indian, did with premeditation and malice aforethought, unlawfully kill T.Y.

In violation of Title 18, United States Code, Sections 1153 and 1111.

### COUNT TWO

On or about July 26, 2018, in the District of Arizona, defendant SITO AEROPLAN NALWOOD did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish, and discharge a firearm in furtherance of a crime of violence, that is, First Degree Murder, as alleged in Count One, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and (c)(1)(C)(i).

### COUNT THREE

On or about July 26, 2018, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant SITO AEROPLAN NALWOOD, an Indian, did with malice aforethought, and in the perpetration (and attempted perpetration) of a felony, that is, Robbery, unlawfully kill T.Y.

In violation of Title 18, United States Code, Sections 1153 and 1111.

### COUNT FOUR

On or about July 26, 2018, in the District of Arizona, defendant SITO AEROPLAN NALWOOD did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish, and discharge a firearm in furtherance of a crime of violence, that is, Felony Murder, as alleged in Count Three, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and (c)(1)(C)(i).

## COUNT FIVE

On or about July 26, 2018, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant SITO AEROPLAN NALWOOD, an Indian, did by force, violence, and intimidation take and attempt to take a thing of value from the person or presence of the victim, T.Y.

In violation of Title 18, United States Code, Sections 1153 and 2111.

## COUNT SIX

On or about July 26, 2018, in the District of Arizona, defendant SITO AEROPLAN NALWOOD did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish, and discharge a firearm in furtherance of a crime of violence, that is, Robbery, as alleged in Count Five, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and (c)(1)(C)(i).

## COUNT SEVEN

On or about July 26, 2018, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant SITO AEROPLAN NALWOOD, an Indian, did intentionally and knowingly assault the victim, T.Y., with a dangerous weapon, that is, a firearm, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT EIGHT

On or about July 26, 2018, in the District of Arizona, defendant SITO AEROPLAN NALWOOD did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish, and discharge a firearm in furtherance of a crime of violence, that is, Assault with a Dangerous Weapon, as alleged in Count Seven, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and (c)(1)(C)(i).

## COUNT NINE

Between on or about July 26, 2018, and September 23, 2018, in the District of Arizona, the defendant, SITO AEROPLAN NALWOOD, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm (to wit: a Kel Tec Sub-2000 .40 caliber rifle).

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts One through Nine of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts One through Nine of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

- A Kel Tec Sub-2000 .40 caliber rifle, with obliterated serial number.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

    (1) cannot be located upon the exercise of due diligence,

    (2) has been transferred or sold to, or deposited with, a third party,

    (3) has been placed beyond the jurisdiction of the court,

    (4) has been substantially diminished in value, or

    (5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: October 9, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona


/S/
WILLIAM G. VOIT
Assistant U.S. Attorney